Ruth H. Sullivan, Original Plaintiff, Claude H. Brumfield, Substituted Plaintiff, Appellant, v. Lottie Remington et al., Defendants. Lutie (Luytie) H. Adams, Appellee.

Gen. No. 46,239. (Abstract of Decision.)

Vent & Vent, for appellant; Gorski, Hassell, Daly & Sinden, for appellee; Edward A. Sinden, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full. Opinion filed May 3, 1954; released for publication May 27, 1954.

Stanley Szymanski, Appellee, v. Chicago Motor Coach Company, Appellant.

Gen. No. 46,258. (Abstract of Decision.)